**No. 56822.**—Brooklyn Color Works, Inc. *v.* United States, protest 182037–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 56823.**—D. C. Andrews & Co., Inc. *v.* United States, protest 182067–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

BEFORE THE SECOND DIVISION, JULY 28, 1952

**No. 56824.**—Gimbel Bros., Inc. *v.* United States, protest 183268–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 28, 1952

**No. 56825.**—Fondeville & Co., Inc. *v.* United States, protests 141822–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.